**DISMISS and Opinion Filed April 3, 2024**



**In the**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-24-00328-CV

**GLORIA'S CORPORATE OFFICE, LLC, Appellant**

**V.**

**GRECCO CONSTRUCTION CONSULTANTS, LLC AND
ANDY ENGLAND, Appellees**

**On Appeal from the 44th Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-22-05398**

## MEMORANDUM OPINION

Before Justices Reichek, Carlyle, and Miskel
Opinion by Justice Carlyle

Before the Court is appellant's motion to dismiss this appeal. We grant the

motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).

/Cory L. Carlyle//

240328f.p05

CORY L. CARLYLE
JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

GLORIA'S CORPORATE OFFICE, LLC, Appellant

No. 05-24-00328-CV     V.

GRECCO CONSTRUCTION CONSULTANTS, LLC AND ANDY ENGLAND, Appellees

On Appeal from the 44th Judicial District Court, Dallas County, Texas Trial Court Cause No. DC-22-05398. Opinion delivered by Justice Carlyle. Justices Reichek and Miskel participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellees GRECCO CONSTRUCTION CONSULTANTS, LLC AND ANDY ENGLAND recover their costs of this appeal from appellant GLORIA'S CORPORATE OFFICE, LLC.

Judgment entered this 3rd day of April, 2024.